CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
January 23, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JESSIE ADAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26CV00018 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **SERGIO JIMENEZ,** | ) | Judge James P. Jones |
| | ) | |
| Defendant. | ) | |

For the reasons stated, this action is DISMISSED without prejudice. The Clerk shall close the case.

ENTER: January 23, 2026

/s/ James P. Jones
Senior United States District Judge